IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 07-00044



ALLIANCE HEALTH GROUP LLC

　　　　　Plaintiff - Respondent

v.

BRIDGING HEALTH OPTIONS LLC; MEDICAL DOCTOR DONALD J BOOTH

　　　　　Defendants - Petitioners

Petition for Leave to Appeal
from an Interlocutory Order

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:

　　IT IS ORDERED that the unopposed petition for permission to appeal from the interlocutory order of the United States District Court for the Southern District of Mississippi, Gulfport, entered on November 8, 2007, is GRANTED.